UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BETH HENIGAN,<br><br>Plaintiff,<br><br>v.<br><br>OMPT SPECIALISTS, INC.,<br><br>Defendant. | Case No. 24-cv-10865<br>Honorable Matthew F. Leitman<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO COMPEL (ECF NO. 10)**

Defendant OMPT Specialists, Inc., moves to compel Plaintiff Beth Henigan's production of materials requested in discovery.  ECF No. 10.  The Honorable Matthew F. Leitman referred the motion to the undersigned for hearing and determination under 28 U.S.C. § 636(b)(1)(A).  ECF No. 13.  The Court held a hearing on February 19, 2025.

For the reasons stated on the record during the hearing, the Court **GRANTS IN PART AND DENIES IN PART** OMPT's motion to compel as set forth below:

- Request for Production (RFP) 1:  Henigan must produce the requested photographs.

- RFPs 5-6:  Henigan's attorney must provide a supplemental response certifying under Federal Rule of Civil Procedure 26(g) that, to the best of her knowledge formed after a reasonable inquiry, Henigan has produced all responsive materials in her possession, custody, or control and that the productions are complete and correct.

- RFPs 7-8:  Henigan's attorney must provide a supplemental response certifying under Federal Rule of Civil Procedure 26(g) that, to the best of her knowledge formed after a reasonable inquiry, Henigan has produced all responsive materials in her possession, custody, or control and that the productions are complete and correct.  Henigan's attorney will also specify the Bates numbers responsive to these RFPs.

- RFPs 9-10:  The parties must meet and confer about parameters to narrow these RFPs, including keyword searches and the recipients of the communications.

Henigan's supplemental discovery responses must be served by February 20, 2025.  The Court will hold a follow-up status conference about RFPs 9-10 on **March 3, 2025, at 2:00 p.m.**

                                         s/Elizabeth A. Stafford
                                         ELIZABETH A. STAFFORD
                                         United States Magistrate Judge

Dated: February 19, 2025

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 19, 2025.

>  s/Davon Allen
>  DAVON ALLEN
>  Case Manager