UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BETH HENIGAN,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>OMPT SPECIALISTS, INC.,<br><br>　　　　　　　Defendant. | Case No. 24-cv-10865<br>Honorable Matthew F. Leitman<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER REGARDING DEFENDANT'S MOTION TO COMPEL**

On March 3, 2025, the Court held a follow-up status conference about its February 19, 2025 order directing the parties to meet and confer about certain discovery requests. ECF No. 20. The parties agreed to search terms; to a timeframe of November 1, 2022 to January 31, 2023; and that plaintiff would produce text messages and emails from her mother. This agreement resolves defendant's motion to compel. If defendant seeks more discovery, it must file a new motion demonstrating deficiencies in the discovery already received.

　　　　　　　　　　　　　　　　　s/Elizabeth A. Stafford
　　　　　　　　　　　　　　　　　ELIZABETH A. STAFFORD
　　　　　　　　　　　　　　　　　United States Magistrate Judge

Dated: March 3, 2025

## **NOTICE TO PARTIES ABOUT OBJECTIONS**

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 3, 2025.

s/Davon Allen
DAVON ALLEN
Case Manager
