UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BETH HENIGAN,

      Plaintiffs,                                 Case No. 24-cv-10865
                                                               Hon. Matthew F. Leitman

v.

OMPT SPECIALISTS, INC.,

      Defendant.
_____/

## ORDER ADJOURNING ALL DATES IN COURT'S CASE MANAGEMENT ORDER BASED ON PARTES' AGREEMENT TO FACILITATE

On April 10, 2025, counsel for Defendant OMPT Specialists, Inc. informed the Court that the parties have agreed to facilitate this dispute. In light of that agreement, counsel, on behalf of both parties, asked the Court to adjourn the dates in the Court's current Case Management Order.

Based on the representations of OMPT's counsel, all dates in the Court's current Case Management Order are **ADJOURNED**. The parties shall facilitate this dispute within the next **60 days**. Upon conclusion of the facilitation, the parties shall promptly provide a status report to the Court.

1

If the facilitation does not result in a settlement, the Court will schedule a status conference with counsel to discuss next steps in this case.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: April 10, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 10, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126