UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BETH HENIGAN,

          Plaintiffs,                        Case No. 24-cv-10865
                                                Hon. Matthew F. Leitman

v.

OMPT SPECIALISTS, INC.,

          Defendant.

_____/

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 25)

On February 19, 2026, the Court held a hearing on Defendant OMPT Specialists, Inc.'s motion for summary judgment. (*See* Mot., ECF No. 25.) For the reasons explained on the record, the motion is **GRANTED IN PART AND DENIED IN PART** as follows:

- With respect to Henigan's claim in Count I of the Complaint for violation of the Family and Medical Leave Act (the "FMLA"), the motion is **GRANTED** to the extent that it seeks dismissal of Henigan's claims for punitive and emotional distress damages under the FMLA. Those claims for damages under the FMLA are **DISMISSED.** The motion is **DENIED** as to the remainder of Count I;

1

- With respect to Henigan's claim in Count II of the Complaint for violation of the Americans with Disabilities Act (the "ADA"), the motion is **DENIED**. However, the potion of the motion directed at Henigan's emotional distress and punitive damages under the ADA is **DENIED WITHOUT PREJUDICE**. As discussed on the record, the Court will entertain a motion *in limine* from OMTP to limit those claimed damages at trial; and

- The motion is **GRANTED** with respect to Henigan's claims in Counts III and IV of the Complaint for sex discrimination. Those claims are **DISMISSED**.

Finally, as discussed on the record at the conclusion of the motion hearing, the Court will now **STAY** this action for a period of 75 days so that the parties may facilitate this dispute. After the parties conclude that facilitation, they should contact the Court to inform the Court about the outcome of the facilitation. If the case does not settle at the facilitation, the Court will then hold a status conference to discuss setting a trial date in this action.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
Dated:  February 19, 2026          UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 19, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2